IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRABELLA FOUNDATION, <br><br> Plaintiff, <br> v. <br><br> HOPE LAKE INVESTORS, LLC <br><br> Defendant. | Case No.: 5:10-CV-00147 (NPM/ATB) |

STIPULATION DISCONTINUING ACTION
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 31, 2010

_[signature]_
**ROBERT M. SHAFER, ESQ.**
**RIEHLMAN, SHAFER & SHAFER**
**New York State Bar No.: 102579**
Attorneys for Defendant
397 Route 281, P.O. Box 430
Tully, New York 13159-0430
Telephone: (315) 696-8918
Fax No.: (315) 671-1217

Dated: April __/__, 2010

_[signature]_
**EDWARD R. PURSER, ESQ.**
**New York State Bar No.: 511997**
Attorney for Plaintiff
4 Lincoln Avenue, Suite 202
P.O. Box 425
Cortland, New York 13045
Telephone: (607) 753-0865

IT IS SO ORDERED:

_[signature]_
Neal P. McCurn
U.S. District Judge
Dated: April 15, 2010
Syracuse, NY